UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC BELLINGER,<br><br>            Petitioner,<br><br>     v.<br><br>ON HABEAS CORPUS,<br><br>            Respondent. | No. 1:13-cv-01250-SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO ISSUE COPIES**<br><br>**(Doc. 9)** |

Petitioner's having provided the Clerk of Court with a draft on his prison trust account for copies, the Clerk of Court is hereby DIRECTED to provide Petitioner with one copy of each of the following documents:

1. Petitioner for Writ of Habeas Corpus (Doc. 1);
2. Order to Show Cause (Doc. 5);
3. Order Denying Appointment of Counsel (Doc. 6);
4. Order Dismissing Petition (Doc.7); and
5. Judgment (Doc.8).

IT IS SO ORDERED.

Dated:   **October 6, 2016**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE