UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC BELLINGER,<br><br>        Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>        Respondent. | No. 1:13-cv-01250-SKO HC<br><br>**ORDER DENYING PETITIONER'S MOTION TO REOPEN CASE**<br><br>**(Doc. 9)** |

Petitioner, Isaac Bellinger, has filed a motion to reopen the above-captioned case, which was dismissed without prejudice on November 25, 2013, for Petitioner's failure to exhaust state remedies. Petitioner contends that he must reopen the case as part of his parole process and requests copies of documents in the closed case. Although the Court has ordered the Clerk to provide relevant documents, it will deny Petitioner's motion to reopen the case.

The 2013 case was dismissed without prejudice. "Dismissal without prejudice" means that Petitioner is not barred from refiling a petition within the appropriate limitations period (*Black's Law Dictionary* at 502 (Thompson West 1999)), but does not authorize Petitioner to reopen the dismissed case upon request. If Petitioner now wishes to pursue habeas relief, he must file a new action.

Accordingly, Petitioner's motion to reopen the above-entitled case is hereby DENIED. The Clerk of Court is directed to provide Petitioner with a form for petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and associated information for *pro se* litigants.

IT IS SO ORDERED.

Dated:   **October 6, 2016**               /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE